## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Balmoral Home, Inc., et al.

*Plaintiff*

v.

CMK Healthcare Training Center, LLC
And Complete Lab Tests, Inc.

*Defendants*

Case No. **1:13-cv-03995**

## DECLARATION OF CLAIMS ADMINISTRATOR

I, MATTHEW J. MCDERMOTT, declare as follows:

1.     I am a Senior Analyst at Class Action Administration, Inc. ("CAA"). CAA was retained by CMK Healthcare Training Center, LLC's insurer, State Farm Fire & Casualty Company ("State Farm") on or about May 28, 2014 to administer the class action settlement in the above-captioned case. As such, I have personal knowledge of the following facts and could competently testify to them.

2.     On February 18, 2015, CAA received a check for $43,600.00 from the Defendant's insurer to fund the settlement account managed by CAA.

3.     On February 25, 2015, CAA wired $39,600.00 (representing 33% of the Gross Settlement Fund) to class counsel, Edelman Combs Latturner & Goodwin LLC.

4.     On February 25, 2015, CAA mailed to the Class Representative, Balmoral Home, Inc., a check for $1,500.00 for its incentive award.

1

5.    On April 10, 2015, CAA mailed checks to class members who submitted complete and timely claim forms; the payees and amounts were as follows:

| Class Member | Payment Amount |
| --- | --- |
| Abington Of Glenview | $250.00 |
| Aharon Adler | $250.00 |
| Alden Management | $250.00 |
| Angela Moore | $250.00 |
| Atrium Healthcare | $250.00 |
| Balmoral Home Inc | $250.00 |
| Danish Old People's Home | $250.00 |
| River Oaks Healthcare & Rehab | $250.00 |
| St Patricks Residence | $250.00 |
| Stella Geronlis | $250.00 |

6.    As of the date of this declaration, all funds deposited into the settlement account have been disbursed.

I declare the foregoing is true and correct. Executed on __14__ day of July, 2015.

MATTHEW J. MCDERMOTT

2

<u>**CERTIFICATE OF SERVICE**</u>

        I, Heather Kolbus, certify that on July 14, 2014, I caused the foregoing document to be filed via the Court's CM/ECF system, which will cause notification of such filing to be served upon the following:

        Robert J. Feldt (rfeldt@eichhorn-law.com)
        John P. Twohy (jtwohy@eichhorn-law.com)
        Kirk D. Bagrowski (kbagrowski@eichhorn-law.com)
        EICHHORN & EICHHORN, LLP
        200 Russell Street
        P.O. Box 6328
        Hammond, IN 46325

        David J. Tecson (dtecson@chuhak.com)
        Alan B. Ronson (aronson@chuhak.com)
        Michael A. Eurich (meurich@chuhak.com)
        CHUHAK & TECSON, P.C.
        30 S. Wacker Drive, Suite 2600
        Chicago, IL 60606

        Lawrence J. Stark (lstark@spklaw.com)
        Dean J. Lurie (dlurie@spklaw.com)
        STONE, POGRUND & KOREY, LLC
        1 E. Wacker Dr., Suite 2610
        Chicago, IL 60601

                        <u>s/ Heather Kolbus</u>
                        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)